IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

CHARLES F. PLYMAIL,

        Petitioner,

v.                        CIVIL ACTION NO.   3:14-6201

PATRICK A. MIRANDY,
Warden, St. Mary's Correctional Center,

        Respondent.

**JUDGMENT ORDER**

In accordance with the accompanying Order, the Court **GRANTS** Petitioner's Motion for Summary Judgment, **OVERTURNS** his 1993 state conviction in *State v. Plymail*, 93-F-50 (Cir. Ct. Cabell Cty. W. Va. 1993), **ORDERS** that he be discharged from parole, and **DIRECTS** that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

                      ENTER:      September 16, 2021

                      ROBERT C. CHAMBERS
                      UNITED STATES DISTRICT JUDGE